# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 02-00227-03-CR-W-FJG |
| LEONARD E. SIMMS ) | USM No: 15549-045 |
| Date of Original Judgment: 08/28/2003 ) | |
| Date of Previous Amended Judgment: 12/11/2009 ) | STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Cts 2 and 6: 92* months **is reduced to** Cts. 2 and 6: 77 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

*each count, concurrent.

**each count, concurrent.

Except as otherwise provided, all provisions of the judgment dated 12/11/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011                    s/ Nanette K. Laughrey
                                                         *Judge's signature*

Effective Date:                                NANETTE LAUGHREY, United States District Judge
*(if different from order date)*            *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: LEONARD E. SIMMS
CASE NUMBER: 02-00227-03-CR-W-FJG
DISTRICT: Western District of Missouri

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 23 | | Amended Total Offense Level: 21 |
| Criminal History Category: VI | | Criminal History Category: VI |
| Previous Guideline Range: 92 to 115 months | | Amended Guideline Range: 77 to 96 months |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS